1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709

2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480

3  Oakland, CA 94612
   Telephone: (510) 465-3328

4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

**The Relief Sought in the following
order is DENIED. Signed October 05, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

6

7                              *** See below for reason

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                      **Case No. 11-48260 RE**

11 **HABIB SHAH and**              **Chapter 13**
   **FAREEDA BIBI SHAH,**

12                 **Debtors.**

13                              **ORDER VALUING LIEN OF CHASE AS**
                                **SUCCESSOR TO WASHINGTON MUTUAL**
                                **BANK**

14 _____/ _____

15      On September 2, 2011, Habib and Fareeda Shah (hereinafter

16 Debtors) served a motion to value the lien of Chase as successor to

17 Washington Mutual Bank (hereinafter Lienholder) against the property

18 commonly known as 3164 Santa Inez Court, Union City, CA 94587, which

19 lien was recorded in Alameda County on or about October 10, 2006 as

20 document 2006381551 (hereinafter the Lien).

21      The court finds that notice of the motion upon Lienholder was

22 proper. Lienholder having failed to file timely opposition to Debtors'

23 motion, the court hereby orders as follows:

24      (1) For purposes of Debtors' chapter 13 plan only, the Lien is

25 valued at zero, Lienholder does not have a secured claim, and the Lien

26

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

*** No separate Notice of Motion was filed identifying the affected creditor and real property. See BLR 9013-1(a)and (b).

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Habib & Fareeda Shah
32108 Alvarado Blvd., #244
Union City, CA 94587

Attn: Officer
JP Morgan Chase Bank, National Association
1111 Polaris Parkway
Columbus, Ohio 43240

Attn: Officer
JP Morgan Chase Bank, National Association
C/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017

Attn: Officer
Bank of America, National Association
101 S Tryon St
Charlotte, North Carolina 28202

Attn: Officer
Bank of America, National Association
214 N Tryon Street
Charlotte, NC 28255

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Chase Home Finance LLC
194 Wood Ave S
Iselin, NJ 08830

Attn: Officer or Managing Agent
Chase Home Finance LLC
C/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017
/
/

1    Attn: Officer or Managing Agent
     BAC Home Loans Servicing, LP
2    4500 Park Granada
     Calabasas, CA 91302
3
     Attn: Officer or Managing Agent
4    BAC Home Loans Servicing, LP
     C/o CT Corporation System
5    818 West Seventh St
     Los Angeles, CA 90017
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26