# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

---

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

September 26, 2016

HSBC-BEST BUY
PO BOX 15519
WILMINGTON, DE 19850

**FINAL NOTICE**

Chapter 13 Case No.: 11-48260-RLE13
Re: Habib Shah & Fareeda Bibi Shah

We received a notification that the address for claim# 13 filed by HSBC-BEST BUY, is no longer valid or has changed. CASE IS SET TO COMPLETE. PLEASE FILE THE APPROPRIATE DOCUMENTS AS SOON AS POSSIBLE TO PREVENT FUNDS FROM BEING SENT TO THE CLERK. IF WE DO NOT RECEIVE A RESPONSE TO THIS LETTER BY 10/10/2016 FUNDS WILL BE SENT TO THE CLERK

We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order. Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Habib Shah & Fareeda Bibi Shah, 32108 Alvarado Blvd #244, Union City, CA  94587
Hsbc / Best Buy, Po Box 15519, Wilmington, DE  19850
Hsbc-Best Buy, Po Box 15519, Wilmington, DE  19850
Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA  94612
CAPITAL ONE , PO BOX 49325 , SAN JOSE CA 95161